TALMADGE, commissioner, v. MYERS.

HINES, J. This case is controlled by the rulings in Talmadge v. Cordell,
ante. It follows that the judgment in the main bill of exceptions is
affirmed; and that the judgment in the cross-bill of exceptions is
reversed in so far as it provided, after sustaining the plaintiff's de-

murrer to the answer of the defendant, that the matters therein set up could be considered upon the issues whether the defendant acted in good faith in the premises, and whether the plaintiff was barred by laches.

*Judgment affirmed on the main bill of exceptions, and affirmed in part and reversed in part on the cross-bill. All the Justices concur.*

Nos. 6765, 6771. DECEMBER 13, 1928.
REHEARING DENIED JANUARY 23, 1929.

*Judgment affirmed on the main bill of exceptions, and affirmed in part and reversed in part on the cross-bill. All the Justices concur.*